NUMBER
13-05-203-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

             IN THE ESTATE OF ROGER GARCIA, DECEASED

___________________________________________________________________

 

                On
appeal from County Court at Law No. 2 

                          of
Cameron County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                  Before
Justices Rodriguez, Castillo, and Garza

Memorandum
Opinion Per Curiam

 

Appellant, MARIA GARCIA KNEIB, perfected an appeal from
a judgment entered by County Court at Law No. 2 of Cameron
County, Texas, in cause number 2003-CPC-239-B.  After the notice of appeal was filed,
appellant filed a motion to dismiss the appeal. 
In the motion, appellant states she no longer wishes to prosecute this
appeal.  Appellant requests that this
Court dismiss the appeal.








The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 16th
day of June, 2005.